# EXHIBIT "B"



**TOMLINSON · RUST · McKINSTRY · GRABLE**

A PROFESSIONAL CORPORATION

DIRECT NUMBER: 405/606-3369
DIRECT FAX NUMBER: 866/633-6160
E-MAIL: LAWRENCEG@TRMGLAW.COM

June 3, 2015

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Cary Cooper
Hard Rock Horizontal Directional Drilling Products, Inc.
726 West Winder Industrial Parkway
Winder, GA 30680

Re: *Drill Head For Directional Boring: U.S. Patent No. 6,371,223*
Our File No. – 2390-285

Dear Mr. Cooper,

This firm represents Earth Tool Company, LLC ("ETC"). It has recently come to ETC's attention that Hard Rock Horizontal Directional Drilling Products, Inc. (hereinafter "Hard Rock") is making and selling downhole hammers used in horizontal directional drilling operations. ETC wanted to make you are aware of its U.S. Patent No. 6,371,223 ("the '223 Patent"), which is attached hereto. Based on the enclosed Service Manual and product flyers available on Hard Rock's website, it appears that Hard Rock's HDD40, HDD50, HDD60, and HDD70 directional drilling hammers may fall within the scope of the '223 Patent.

As of the date of this letter, ETC has not authorized Hard Rock to make, use, sell, offer to sell or import the devices covered in the '223 Patent. Federal patent laws grant the owner of a patent the right to exclude others from making, using, selling, offering to sell and importing the invention covered by the patent. Remedies for patent infringement include injunctions to prevent further violation of the rights secured by the patent, damages adequate to compensate for the infringement, and interest and costs as fixed by the federal court. In the case of willful infringement, an infringer may be liable for treble (triple) damages and the patent owner's attorneys' fees.

ETC requests Hard Rock contact us with ten (10) business days of your receipt of this letter to discuss this matter. We look forward to working with you to resolve this matter.

We appreciate your prompt attention.

Sincerely,

LAWRENCE F. GRABLE
For the Firm

Enclosures