# EXHIBIT "C"

SMITH | RISLEY
TEMPEL | SANTOS
LLC

www.srtslaw.com

**Matthew T. Hoots**
*Direct* 706.621.5773 | *Fax* 770.804.0900
mhoots@srtslaw.com

June 30, 2015

**Sent via electronic mail to:**

Lawrence F. Grable
Tomlinson Rust McKinstry Grable
Two Leadership Square
211 North Robinson Avenue, Suite 450
Oklahoma City, OK 73102

    Re:    Drill Head for Directional Boring: U.S. Patent No. 6,371,223
           Our File No. 08032.3010; Your File 2390-285

Dear Mr. Grable:

    Our firm represents Hardrock Horizontal Directional Drilling Products ("Hardrock") in intellectual property matters. This letter is in response to your letter of June 3, 2015 to Mr. Cary Cooper of Hardrock. Please direct any future communications regarding this matter to me.

    Hardrock respects the valid intellectual property rights of others and is taking this matter seriously. Accordingly, Hardrock has asked our firm to closely evaluate your client's U.S. Patent No. 6,371,223 (the '223 Patent), its claims and its prosecution history in view of Hardrock's HDD40, HDD50, HDD60 and HDD70 directional drilling systems. Although your letter did not identify any specific claim or claims in the '223 Patent, based on my phone conversation with you it is our understanding that independent claim 1 is the only independent claim at issue.

    The result of our review is that any valid right of exclusivity afforded the owner of the '223 Patent is not infringed, nor has it been infringed, by virtue of Hardrock's making, using, selling, or offering to sell any and all of its various directional drilling systems. For instance, referring to the '223 Patent, at least the following recited element in independent claim one is missing from the Hardrock directional drilling systems:

| Independent claim of the '223 Patent | Hardrock directional drilling system(s) |
|---|---|
| 1. a valve *in the hammer* that initiates reciprocation of the hammer in response to rearward movement of the bit when the hammer is connected to a drill string supplying a pressurized fluid. | Hardrock's hammers do not include a valve that initiates reciprocation of the hammer in response to rearward movement of the bit when the hammer is connected to a drill string supplying a pressurized fluid. |

Page 2 of 2

In addition to the above, the internal design of the Hardrock hammers is consistent with that which is described and illustrated in U.S. Patent No. 6,705,415 to Falvey et al. (the '415 Patent), U.S. Patent No. 5,566,771 to Wolfer et al. (the '771 Patent) and U.S. Patent No. 4,084,646 to Kurt (the '646 Patent). To the extent that your client may continue to assert that the Hardrock hammers are covered by claim 1 of the '223 Patent (which Hardrock disputes), we believe such claim 1 to be invalid.

For your convenience, copies of the '415 Patent, '771 Patent and '646 Patent are attached hereto. This letter is written without prejudice to any other rights or remedies that our client may possess.

With the very kindest regards,

/Matthew T. Hoots/

Matthew T. Hoots
Smith Risley Tempel Santos LLC

Enclosure – 3